1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9
                     **CENTRAL DISTRICT OF CALIFORNIA**
10

11  PAO-FENG LIN,                              Case No.: CV 19-6625-DMG (GJSx)

12             Plaintiff,                      **ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [23]**
13
               vs.
14
15  STATE FARM GENERAL INSURANCE
    COMPANY, and DOES 1 through 100,
16
17             Defendants.
18
19
20
21
22
23
24
25
26
27
28

1  This Court has read and considered the stipulation between Plaintiff Pao-Feng Lin
2  and Defendant State Farm General Insurance Company. Good cause appearing, the
3  Court APPROVES the stipulation.
4  IT IS HEREBY ORDERED that Plaintiff's action against Defendant State Farm is
5  dismissed WITH PREJUDICE. The parties shall bear their own respective attorneys'
6  fees and costs.

8  DATED: November 13, 2020  _____
                                DOLLY M. GEE
                                UNITED STATES DISTRICT JUDGE